Printed: 06/10/10 08:12 AM                                                                 Page: 1

# Claims Distribution Small Checks

**Trustee:** Bridget A. Brine (430170)

**Case:** 09-51300 - FELTUS, EUGENE E

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9000266125366 | 112 | 06/10/10 | 12 | 02/17/10 | 610 | Payee: U.S. Bankruptcy Court<br>HSBC Bank Nevada, N.A. | 477.01 | 477.01 | 3.98 | 3.98 |

Check Amount: $3.98

# 32187
6-14-10